**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

CURTIS FREEMAN, an individual,

        Plaintiff,

vs.                              CASE NO.:

CIRCLE K STORES, INC., a Foreign Profit
Corporation,

        Defendant.
_____

## NOTICE OF REMOVAL

Defendant, CIRCLE K STORES, INC., a Foreign Profit Corporation, (hereinafter "Circle K"), hereby gives notice of Removal of the above captioned action from the Circuit Court of the Fourth Judicial Circuit, in and for Duval County, Florida, in which this action is now pending, to the United States District Court, Middle District of Florida, Jacksonville Division, and respectfully represents as follows:

1. On or about January 12, 2021, a Complaint was served on the Defendant, Circle K. The civil action entitled *CURTIS FREEMAN, v. CIRCLE K STORES, INC., a Foreign Profit Corporation,* was commenced in the Circuit Court, Fourth Judicial Circuit, in and for Duval County, Florida, and assigned Case number 10-2021-CA-000005. This action was filed in the Duval County Circuit Court on January 4, 2021. (A copy of the Complaint, as well as all other materials contained within the underlying State Court file are attached hereto as Exhibit "A").

2. This action is properly removable pursuant to 28 U.S.C. §1441 and this Notice of Removal is filed within the thirty (30) day statutory period for removal under 28 U.S.C. §1446(b).

3. There is complete diversity of citizenship between the parties to this cause. Plaintiff is a citizen of the State of Florida. Defendant is a foreign company duly organized

as a corporation under the law of Texas with its principal place of business in Arizona. See Exhibit "B."

4. This is a purported negligence action brought by the Plaintiff against the Defendant. As is expressly referenced in the Complaint, the Plaintiff is seeking damages in excess of $30,000.00. (See Complaint, paragraph 1). Further, Mr. Freeman alleges in the Complaint that he was injured as a result of Defendant's negligent maintenance of its premises, as he tripped and fell on a parking stop, and that he has suffered damages including, without limitation;

    a. Permanent physical injury
    b. Pain and suffering
    c. Disability
    d. Loss of the capacity for the enjoyment of life
    e. Disfigurement
    f. Medical expenses
    g. Mental pain and suffering

(See Complaint, paragraph 11)

5. On February 10, 2021, Plaintiff served and filed his answers and responses to Defendant's initial discovery. Plaintiff's discovery answers and responses included the necessary information including medical records, liens, and medical bills for Defendant to determine that removal was appropriate in this case. As such, this matter is being properly removed within the 30-day deadline.

6. Mr. Freeman contends that his losses are permanent or continuing in nature. Correspondence, discovery responses, medical records, and bills received to date indicate that Mr. Freeman alleges his injuries include a traumatic brain injury and brain bleed which required surgery. To date, based on Plaintiff's discovery responses, Plaintiff's known medical bills total

over $400,000. Since plaintiff alleged damages in his discovery answers and responses, in excess of the amount required to be in controversy for diversity cases, and alleges further damages into the future, the amount in controversy exceeds the jurisdictional threshold set forth in 28 U.S.C.1332 (a) of $75,000.00, exclusive of interest and costs.

7.      Since the Plaintiff and Defendant are citizens of different states and the amount in controversy exceeds $75,000.00, this Court has subject matter jurisdiction based on diversity pursuant to 28 U.S.C §1332.  As such, this removal action is proper.

8.      Defendant has served the instant Notice of Removal on Plaintiff's counsel. Defendant has also timely filed a Notice of Application for Removal with the Clerk of the Circuit Court of the Fourth Judicial Circuit.

9.      Accompanying this Notice of Removal is a Civil Cover Sheet as well as a check for the required filing fee.

**WHEREFORE**, the undersigned Defendant respectfully requests that this action now pending in the Fourth Judicial Circuit in and for Duval County, Florida, be removed from there to this Honorable Court because of the complete diversity between the parties and the amount in controversy that exceeds $75,000.00.

Dated:  March 4, 2021.

_____
Steven L. Worley
Florida Bar No. 0159719
Marissa de los Reyes
Florida Bar No. 1010899
CARR ALLISON
The Greenleaf and Crosby Building
208 North Laura Street, Suite 1100
Jacksonville, Florida 32202
Telephone:  (904) 328-6456

        Facsimile:   (904) 328-6473
Email: sworley@carrallison.com
Email: mdelosreyes@carrallison.com
Secondary Email: eparker@carrallison.com
Secondary Email: sreid@carrallison.com
*Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on March 4, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will provide a notice of electronic filing and a copy of the foregoing to the following:

    Michael K. Roberts, Esquire
LAW OFFICE OF NOONEY & ROBERTS
1680 Emerson Street
Jacksonville, FL 32207
Email: mroberts@nooneyandroberts.com
Email: azepf@nooneyandroberts.com
Email: pleadings@nooneyandroberts.com
*Attorneys for Plaintiff*

_____
Steven L. Worley
*Attorney for Defendant*