eFiled Date: 01/04/2021, Accepted: 01/04/2021 04:03 PM
Case 3:21-cv-00212-BJD-JRK   Document 4   Filed 03/05/21   Page 1 of 3 PageID 46

Filing # 119015559 E-Filed 01/04/2021 04:01:09 PM

|  |  |
|---|---|
|  | IN THE CIRCUIT COURT, FOURTH JUDICIAL CIRCUIT, IN AND FOR CLAY COUNTY, FLORIDA |
| **CURTIS FREEMAN,** an individual, | CASE NO.: DIVISION: |
| **Plaintiff,** vs. |  |
| **CIRCLE K STORES INC.,** a Foreign Profit Corporation, |  |
| **Defendant.** _____/ |  |

## COMPLAINT

Plaintiff, CURTIS FREEMAN ("Plaintiff"), sues the Defendant, CIRCLE K STORES INC., ("Defendant"), and alleges:

1. This is an action for damages in excess of $30,000.00, exclusive of costs.
2. At all times material, Plaintiff resided in Orange Park, Clay County, Florida.
3. On or about August 28, 2020, Defendant owned, operated, and/or maintained a gas station located at 1091 Blanding Blvd, Orange Park, Clay County, Florida.
4. At all times material, Plaintiff was a business invitee on Defendant's premises.
5. At that time and place, there was a parking stop in the parking lot adjacent to the store's entrance/exit.
6. At all times material the parking stop represented an unreasonably dangerous condition to Plaintiff and all others similarly situated.
7. The parking stop presented the risk of tripping to all customers and therefore was dangerous.
8. The presence of the parking stop served no function, as the sidewalk was equipped with upright parking bollards.
9. The unreasonably dangerous condition was created by Defendant, known to exist by Defendant, and/or had existed for a sufficient length of time such that Defendant should have known of its existence.

10. At that time and place, as Plaintiff walking out of the Defendant's gas station, the parking stop caused him to trip and fall.

11. At all times material, Defendant owed Plaintiff, and all others similarly situated, a duty of care to maintain its premises in a reasonably safe condition.

12. Defendant breached its duty to Plaintiff by failing to maintain its premises in a reasonably safe condition.

11. As a result of Defendant's negligence, Plaintiff suffered permanent physical injury and resulting pain and suffering, disability, scarring, disfigurement, mental pain and suffering, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earnings, and loss of ability to earn money. The losses are permanent and continuing in nature and Plaintiff will suffer the losses in the future.

**WHEREFORE**, Plaintiff CURTIS FREEMAN demands judgment for damages against Defendant, CIRCLE K STORES INC., and demands a jury trial.

Dated on this 4th day of January 2021.

**LAW OFFICE OF NOONEY & ROBERTS**

/s/ Michael K Roberts
_____
**Michael K. Roberts, Esquire**
Florida Bar No. 0779741
Attorney for Plaintiff
1680 Emerson Street
Jacksonville, Florida 32207
(904) 398-1992
(904) 858-9943 facsimile
mroberts@nooneyandroberts.com
Attorney for Plaintiff

**DESIGNATION OF E-MAIL ADDRESSES FOR SERVICE OF DOCUMENTS**

Pursuant to Fla.R.Civ.P.2.516 (effective September 1, 2012), attorney for Plaintiff, designates the following email addresses for the purpose of service of all documents in the proceeding required by the Rule.

Primary email address:    mroberts@nooneyandroberts.com
Secondary email addresses:  Azepf@nooneyandroberts.com
                            pleadings@nooneyandroberts.com

**LAW OFFICE OF NOONEY & ROBERTS**

*/s/ Michael K Roberts*

_____

**Michael K. Roberts, Esquire**
Florida Bar No. 0779741
Attorney for Plaintiff
1680 Emerson Street
Jacksonville, Florida 32207
(904) 398-1992
(904) 858-9943 facsimile
mroberts@nooneyandroberts.com
Attorney for Plaintiff